UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

PIU MANAGEMENT, LLC, ET AL.     §
§
§
§     CIVIL ACTION NUMBER:
§        H-08-2719
§
*versus*     §
INFLATABLE ZONE INC.     §
§
§
§

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date of Judgment Entered: | 07/22/2011 |
| Judgment in Favor of: | Bounce Zone, Inc. |
| Judgment Against: | Inflatable Zone, Inc. |
| Amount of Judgment: | $ 125,000.00 |
| Amount of Costs: | $ 3,481.46 |
| Rate of Interest: | Pre-Judgment : 5%  &  Post Judgment: .16% |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | $ |

    The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DAVID J. BRADLEY
CLERK OF COURT

DATED:    AUG 1 1 2011

By: _____
Deputy Clerk

*O:Houforms/Forms-Web*